UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELLONDA ANDERSON,<br><br>       Plaintiff,<br><br>    -v.-<br><br>THE MOUNT SINAI HOSPITAL et al.,<br><br>       Defendants. | 24 Civ. 0696 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff commenced this action on January 31, 2025. *See* ECF No. 1. On April 21, 2025, Defendants moved to dismiss the complaint and opposed Plaintiff's motion for a default judgment. *See* ECF No. 29. On May 12, 2025, Plaintiff filed an amended complaint. *See* ECF No. 36. Accordingly, Defendants' motion to dismiss the complaint, ECF No. 29, is hereby DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 29.

  SO ORDERED.

Dated: May 13, 2025
    New York, New York

                    *Jennifer H. Rearden*
                    JENNIFER H. REARDEN
                    United States District Judge