For the reasons stated herein, Defendant's application is GRANTED.

The Clerk of Court is directed to maintain ECF Nos. 40-1, 40-2, and 40-3 under seal and to terminate ECF No. 43.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: June 4, 2025

akerman

Rory J. McEvoy, Esq.

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7196
rory.mcevoy@akerman.com

June 2, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**Re: Shellonda Anderson v. The Mount Sinai Hospital, et al., 24-CV-00696**

Dear Judge Rearden:

On behalf of our client, The Mount Sinai Hospital ("Mount Sinai' or the "Hospital"), (named herein as "The Mount Sinai Hospital, Mount Sinai Health System Inc., and Mount Sinai Hospitals Group, Inc."), I write in connection with Mount Sinai's motion to dismiss the Amended Complaint. Pursuant to the Court's Individual Rule 9.C.ii, I respectfully request that the Court grant leave for Mount Sinai to file documents under seal. The documents that Mount Sinai seeks to file under seal are: (i) Plaintiff's medical records[1]; (ii) records from DHIS Interpreting Services and LanguageLine Solutions reflecting the American Sign Language ("ASL") interpreters provided to Plaintiff during her treatment at Mount Sinai; and (iii) a timeline of the in-person and video remote interpreting services provided to Plaintiff by DHIS Interpreting Services and Language Line Solutions. Mount Sinai seeks to file these documents under seal because they contain confidential medical and business information for Plaintiff and Mount Sinai, along with Plaintiff's personal identifiers.

Accordingly, Mount Sinai requests that the Court permit it to file under seal the documents annexed as Exhibits A, B, and C to the declaration of the undersigned in support of Mount Sinai's motion to dismiss the Amended Complaint.

Respectfully submitted,

/s/ Rory J. McEvoy

---

[1] Plaintiff's complete medical record consists of 290 pages. Mount Sinai is seeking to file only 16 pages of that record under seal because those are the pages that reflect the days and times that Plaintiff had an ASL interpreter.

Rory J. McEvoy

cc: Andrew Rozynski, Esq., Counsel for Plaintiff