



Rory J. McEvoy, Esq.

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7196
rory.mcevoy@akerman.com

June 23, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

*The Court's Individual Rules and Practices require that proposed sealed documents be "separately and contemporaneously filed under seal on ECF (with the appropriate level of restriction) and electronically related to the motion." Indiv. R. 9.C(ii). Defendant shall file the proposed sealed documents in accordance with Rule 9.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: June 24, 2025*

Re:   Shellonda Anderson v. The Mount Sinai Hospital, et al., 24-CV-00696

Dear Judge Rearden:

On behalf of our client, The Mount Sinai Hospital ("Mount Sinai' or the "Hospital"), (named herein as "The Mount Sinai Hospital, Mount Sinai Health System Inc., and Mount Sinai Hospitals Group, Inc."), I write in connection with Mount Sinai's motion to dismiss the Amended Complaint. Pursuant to the Court's Individual Rule 9.C.ii, I respectfully request that the Court grant leave for Mount Sinai to file documents under seal. The documents that Mount Sinai seeks to file under seal are: (i) Plaintiff's, Shellonda Anderson, medical records from November 10, November 11, and November 16, 2020 and (ii) all of Plaintiff's medical records from November 20 to November 22, 2020. Mount Sinai seeks to file these documents under seal because they contain confidential medical and business information for Plaintiff and Mount Sinai, along with Plaintiff's personal identifiers.

Accordingly, Mount Sinai requests that the Court permit it to file under seal the documents annexed as Exhibits A and B to the reply declaration of the undersigned in support of Mount Sinai's motion to dismiss the Amended Complaint.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc:   Andrew Rozynski, Esq., Counsel for Plaintiff

akerman.com